**Below is the Order of the Court.**

_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: <br><br> HEIDI A. STAFFORD and TYSON J. STAFFORD, <br><br><br> Debtors. | Case No. 13-19709 <br><br> Chapter: 11 <br><br> ORDER GRANTING DEBTORS' OBJECTION TO CLAIMS FILED BY SALLIE MAE – CLAIMS 8, 9, 10, 11, 12, 13, 14. 15, AND FOR SANCTIONS PURSUANT TO FRBP 3001(d) |

THIS MATTER having come before the Court upon DEBTORS' OBJECTION TO CLAIMS FILED BY SALLIE MAE – CLAIMS 8, 9, 10, 11, 12, 13, 14 , 15, AND FOR SANCTIONS PURSUANT TO FRBP 3001(d) ("Motion"), and the Court having reviewed the Motion, and having reviewed the files and records herein, deeming itself advised in the matter, it is now therefore

ORDERED, ADJUDGED and DECREED as follows:

1. Sallie Mae, Inc. is ordered to file amended proofs of claim for claims# 8, 9, 10, 11, 12, 13, 14. 15 within thirty days of the date of entry of this order.

DECLARATION OF NO OBJECTION - 2

HENRY, DEGRAAFF & MCCORMICK, P.S.
1833 N 105TH ST, SUITE200
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

2. Sallie Mae is ordered to pay $1500.00 in attorney fees as sanctions. The payment should be made out and mailed to the following:

Henry, DeGraaff & McCormick, PS
1833 N 105th St, Ste 200
Seattle, WA 98133

// END OF ORDER //

Presented by:

HENRY, DEGRAAFF & MCCORMICK, P.S

*/s/ Christina L. Henry*
Christina L. Henry, WSBA# 31273

Agreed as to Form:

/s/ Christine A. Ford
Christine A. Ford

DECLARATION OF NO OBJECTION - 3

HENRY, DEGRAAFF & MCCORMICK, P.S.
1833 N 105TH ST, SUITE200
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609